

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00694-CR

Richard Allen **WEISBERG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11696
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 5, 2018.

_____
Marialyn Barnard, Justice